# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:  CHAPTER 13
CASE NO.: 22-20393-CMB

**John Cavalier,**

  **Debtor,**

_____/   re doc. 66

**Mortgage Assets Management, LLC,**

  **Movant,**

v.

**John Cavalier,**
**Ronda J. Winnecour,**

  **Respondents.**

_____/

## ENTERED BY DEFAULT
### ORDER OF COURT

  AND NOW, this 8th day of September, 2023, upon consideration of Mortgage Assets Management, LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

  ORDERED, that the automatic stay provisions of Section 362 and 1301 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC; and it is further

  ORDERED, that Mortgage Assets Management, LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 600 Lewis

Avenue, Jeannette, Pennsylvania 15644, including without limitation a sheriff's sale of the property, and it is further

~~ORDERED that Mortgage Assets Management, LLC's request to waive the 14-day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted.~~

BY THE COURT

*Carlota M. Böhm*
dmk

Hon. Carlota M Bohm
U.S. Bankruptcy Court Judge

FILED
9/8/23 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA